```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    JACKSON DIVISION
```

**FAY LUNDY and JOEL LUNDY**                                      **PLAINTIFFS**

**VS.**                                **CIVIL ACTION NO. 3:05cv477-WHB-JCS**

**CONOCO INC., ET AL.**                                           **DEFENDANTS**

### FINAL JUDGMENT

In accordance with Rule 58 of the Federal Rules of Civil Procedure and with the Opinion and Order that granted the Motion of Defendant for Summary Judgment on all of Plaintiffs' claims, this case is hereby dismissed with prejudice.

SO ORDERED this the 9th day of November, 2006.

                                         s/ William H. Barbour, Jr.
                                         UNITED STATES DISTRICT JUDGE